IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT E. WOODWARD**  PLAINTIFF
**ADC #166447**

v.  CASE NO. 5:19-CV-00025 BSM

**WENDY KELLEY, et al.**  DEFENDANTS

## ORDER

After *de novo* review of the record, including plaintiff Robert Woodward's timely objections [Doc. Nos. 7, 8], United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 6] is adopted, and this case is dismissed without prejudice. Dismissal of this lawsuit counts as a "strike" for the purposes of 28 U.S.C. section 1915(g), and an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE